# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 4, 2006

Before

**Hon.** JOEL M. FLAUM, Chief Judge

**Hon.** RICHARD A. POSNER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

| | |
|---|---|
| M. JANE MINOR, <br>     *Plaintiff-Appellant*, <br><br> **No.** 05-3080        **v.** <br><br> CENTOCOR, INC. and JOHNSON & JOHNSON, INC., <br>     *Defendants-Appellees*. | Appeal from the United States District Court for the Central District of Illinois. <br><br> Nos. 02-3354 & 04-3114 <br> Richard Mills, *Judge*. |

**Order**

The opinion of this court issued on August 4, 2006, is amended as follows:

Page 3, full paragraph, line 7, "25%" should be changed to "20%", so that the sentence reads: "That is functionally the same as a 20% reduction in Minor's hourly pay, a material change by any standard."